UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT J LEACH, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-07-4331 |
| | § | |
| GORDON H MANSFIELD, | § | |
| | § | |
| Defendant. | § | |

## FINAL SUMMARY JUDGMENT

On this day, February 24, 2010, in the action pending between Plaintiff Robert J. Leach and Defendant Eric K. Shinseki, Secretary of the United States Department of Veteran Affairs, the Court issued its Opinion and Order that Plaintiff's claims must be dismissed as a matter of law. Accordingly, the Court hereby

**ORDERS** that Plaintiff Robert J. Leach take nothing, and that Defendant Eric K. Shinseki, Secretary of the United States Department of Veteran Affairs is awarded its costs.

**FINAL JUDGMENT** in favor of Eric K. Shinseki, Secretary of the United States Department of Veteran Affairs and against Robert J. Leach is hereby entered.

SIGNED at Houston, Texas, this 24th day of February, 2010.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE